# In the United States Court of Federal Claims

No. 12-801 T

(Filed June 4, 2013)

```
* * * * * * * * * * * * * *   *
JOHN & KATHLEEN F.            *
McCULLOUGH,                   *
                              *
              Plaintiffs,     *
                              *
         v.                   *
                              *
THE UNITED STATES,            *
                              *
              Defendant.      *
* * * * * * * * * * * * * *   *
```

**ORDER**

The court has before it the parties' Joint Preliminary Status Report (JPSR), filed May 6, 2013. Therein, the parties state that this case is one of seven cases that present common issues of fact and law.[1]  JPSR at ¶ b. Previously, on December 4, 2012, the parties filed a Notice of Indirectly Related cases in *Tilleli v. United States*, Case No. 12-795T, the first of these cases to be filed, stating their belief that consolidation of the cases for purposes of coordinated discovery could be expected significantly to promote the efficient administration of justice.

On May 30, 2013, pursuant to Rule 40.2(b)(4) of the Rules of the Court of Federal Claims, the judges to whom these indirectly related cases are assigned met to confer and determine the appropriate action in these cases. In an effort to avoid potentially duplicative and unnecessary filings, promote efficiency, and conserve the resources of the court, it has been determined that Judge Allegra's case, *TDX*

---

[1] *Tilleli, et al. v. United States*, Case No. 12-795T (Judge Margaret M. Sweeney); *Neidle, et al. v. United States*, Case No. 12-796T (Judge Charles F. Lettow); *Fitzpatrick, et al. v. United States*, Case No. 12-797T (Judge Nancy B. Firestone); *TDX Construction Corp. v. United States*, Case No. 12-798T (Judge Frances M. Allegra); *Hurst, et al. v. United States*, Case No. 12-799T (Judge Robert H. Hodges, Jr.); *Jones, et al. v. United States*, Case No. 12-800T (Judge Charles F. Lettow).

*Construction Corporation*, shall move forward while the other indirectly related cases are to be stayed pending resolution of *TDX Construction Corporation*.

Accordingly, it is hereby **ORDERED** that the Clerk's Office is directed to **STAY** all proceedings in this matter until further order of the court and the parties are directed to notify the court by the filing of a Joint Status Report within thirty days of a final resolution in *TDX Construction Corp. v. United States*, Case No. 12-798T.

/s/Lynn J. Bush
LYNN J. BUSH
Judge